An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

3426 DEATH VALLEY DRIVE TRUST,
Appellant,
vs.
JPMORGAN CHASE BANK, N.A.; AND
QUALITY LOAN SERVICE
CORPORATION,
Respondents.

No. 64841

FILED

DEC 2 9 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER GRANTING MOTION FOR REMAND AND DISMISSING APPEAL

The parties to this appeal have filed a motion to dismiss this appeal and remand this matter to the district court pursuant to *Huneycutt v. Huneycutt*, 94 Nev. 79, 575 P.2d 585 (1978); *see also Foster v. Dingwall*, 126 Nev. 49, 228 P.3d 453 (2010). The parties' motion is accompanied by an order of the district court certifying that upon remand it will enter an order "vacating the Dismissal Order dated January 7, 2014, and entered on January 8, 2014." *See id.*

Cause appearing, we grant the parties' motion. Accordingly, we remand this matter to the district court pursuant to its certification, and we order this appeal dismissed. This dismissal is without prejudice to appellant's right to file a motion to reinstate this appeal should the district court decline to grant the relief requested.[1] Any such motion to reinstate this appeal shall be filed within 60 days of the district court's order declining to grant the requested relief. The parties' request for an

_____

[1]We note that any aggrieved party may file a notice of appeal from any appealable order entered at the completion of the district court proceedings. *See* NRAP 3A.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-42246

extension of the briefing schedule or to stay the briefing schedule in this matter is denied as moot.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Ronald J. Israel, District Judge
      Law Offices of Michael F. Bohn, Ltd.
      Smith Larsen & Wixom
      McCarthy & Holthus, LLP/Las Vegas
      Eighth District Court Clerk